■ JOSE CARRION, Respondent, v LEWMARA REALTY CORPORATION, Appellant.—Order, Supreme Court, New York County (William J. Davis, J.), entered on June 27, 1991, unanimously

affirmed for the reasons stated by William J. Davis, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Kupferman, Asch and Rubin, JJ.